# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0519.  BLEVINS v. WELLS FARGO BANK, N. A.**

On April 18, 2008, Vincent Blevins, pro se, filed a notice of appeal to the Supreme Court of Georgia, citing the April 14, 2008 judgment of the State Court of DeKalb County that granted a writ of possession in favor of Wells Fargo Bank N.A. and against him.

Thereafter, Case No. S14A0121 was docketed in the Supreme Court of Georgia.[1] On October 21, 2013, the Supreme Court of Georgia issued an order pertinently stating:

> Appellant is appealing the writ of possession entered against him.  As the right to possession, not title to land, was the issue before the trial court, and as no other basis for jurisdiction in this Court appears in the record, the appeal hereby is transferred to the Court of Appeals. [Cits.]

Accordingly, this case was docketed in this Court on November 14, 2013. Court of Appeals Rule 23 (a) provides that an appellant's brief shall be filed in this Court within 20 days of docketing. Moreover, on November 14, 2013, this Court issued to Appellant a "Notice of Docketing," which stated in pertinent part, "Appellant's brief . . . shall be filed within 20 days of the date on this docketing notice."

---

[1] The Deputy Clerk of the State Court of DeKalb County stated in the certificate, dated August 29, 2013, that "[t]he reason for the delay was court house business." See generally OCGA § 5-6-43 (a).

On December 13, 2013, this Court issued an order to Appellant to file a brief in this case within ten (10) days. Said order further advised, "Failure to comply with the Rules of this Court or this order within the time required absent good cause timely communicated to this Court in writing may result in dismissal of the appeal and may subject the offender to contempt." Said order was mailed to the address indicated on Appellant's notice of appeal.

On December 26, 2013, however, said order was returned by the United States Postal Service in its envelope, which had been stamped "RETURN TO SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD." Therefore, on December 27, 2013, the Clerk's Office of this Court called the telephone number set forth for Appellant on the notice of appeal, leaving a voice-mail message requesting a current address for Appellant.

As of the date of this order, this Court has received no response to the voice-mail message. As of the date of this order, Appellant has failed to file a brief in this case, and no motion for extension of time has been filed.

Consequently, this appeal is deemed abandoned.

For all the foregoing reasons, this appeal is hereby DISMISSED. See Court of Appeals Rules 7, 9 (e), 23.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/24/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.